**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SATURNINO PRADO, ) | No. CV 10-7492-JHN(CW) |
| ) | |
| Petitioner, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| HOWARD JAY SPECTOR, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: <u>October 27, 2010</u>

_____
JACQUELINE H. NGUYEN
United States District Judge